█ In the Matter of GEORGE MEHLMAN, Respondent, v. TAX COMMISSION OF THE CITY OF NEW YORK et al., Appellants.— In a proceeding to review assessments of property for taxation the appeal is from an order of the Supreme Court, Queens County, entered on or about November 15, 1974, which reduced the assessments for the tax years 1969–1970 through 1973–1974. By written stipulation, dated February 27, 1975, the attorneys for the respective parties have agreed to specific modifications of the order. In accordance with the

stipulation, the order is modified by increasing the assessed valuations for each. of the tax years in question to $1,860,000. As so modified, order affirmed, without costs. Gulotta, P. J., Rabin, Hopkins, Martuscello and Benjamin, JJ., concur.